DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
————————————————

CHRISTOPHER SCHWAB and
CHRISTINE SCHWAB,

Appellants,

v.

SAM'S EAST, INC., d/b/a SAMS CLUB #6420,

Appellee.

No. 2D22-2684
————————————————

December 1, 2023

Appeal from the Circuit Court for Pinellas County; Amy Williams, Judge.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellants.

Jack R. Reiter and Sydney M. Feldman, of GrayRobinson, P.A., Miami, for Appellee.


PER CURIAM.

     Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.
————————————————

Opinion subject to revision prior to official publication.